TIMOTHY M. BURGESS
United States Attorney

THOMAS BRADLEY
Assistant United States Attorney
TODD MIKOLOP
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: thomas.bradley@usdoj.gov
Email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | REENTRY OF REMOVED ALIEN |
| vs. | ) | Vio. of 8 U.S.C. § 1326 (a) |
| | ) | |
| RAFAEL ALCALA-RUIZ, | ) | |
| a/k/a RAMON RODRIGUEZ-JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1:

On or about the 10th day of January, 2006, in the District of Alaska, the defendant,

RAFAEL ALCALA-RUIZ, a/k/a RAMON RODRIGUEZ-JIMENEZ, an alien who had

been removed, excluded, and deported previously, was found in the United States at Anchorage, Alaska, the said defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3),(4) and 557) to reapply for admission into the United States.

//

//

//

//

//

//

//

//

All in violation of Title 8, United States Code, Section 1326 (a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: thomas.bradley@usdoj.gov


s/ Todd Mikolop
TODD MIKOLOP
Special Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: todd.mikolop@usdoj.gov
MA # 648027


s/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: tim.burgess@usdoj.gov

DATED:   1/18/06