MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs RAFAEL ALCALA-RUIZ     CASE NO. 3:06-cr-00003-JWS-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          TODD MIKILOP

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                        PAULA MCCORMICK

INTERPRETER:                     ELSA VASQUEZ        (SPANISH)
 X Telephonic Appearance                             (Language)

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:36 a.m. court convened.

 X Copy of Indictment given to defendant.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.        Age:  29

 X Federal Public Defender accepted appointment; FPD notified.
   Court found the defendant to qualify for court appointed
   counsel without prejudice to the governments right to ask for
   a further hearing.

 X PLEAS: Not guilty to count 1 of the Indictment.

 X Defendant detained.

 X Order of Detention Pending Trial **FILED.**

CONTINUED ON PAGE 2

DATE:     January 25, 2006     DEPUTY CLERK'S INITIALS:    ak

```
                    CONTINUATION - PAGE 2
                 U.S.A. vs. RAFAEL ALCALA-RUIZ
                     3:06-cr-00003-JWS-JDR
                    ARRAIGNMENT ON INDICTMENT
                       January 25, 2006
```

 X  Pretrial motions due **February 14, 2006**; Order for the
    Progression of a Criminal Case with Trial by Jury & Final
    Pretrial Date **FILED.**

 X  Counsel advised of trial date: **April 3, 2006 at 9:00 a.m.**
    before U.S. District Judge John W. Sedwick. Final Pretrial
    Conference set for **April 3, 2006 at 8:30 a.m.**

 X  OTHER: Parties to meet and confer by the close of business on
 **January 27, 2006.** Court and counsel heard re notice of counsel
 for another country. Government is on notice to comply with the
 requirements for notification of counsel for another country.

At 10:56 a.m. court adjourned.

DATE:       January 25, 2006        DEPUTY CLERK'S INITIALS:    ak