AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA


RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

RAFAEL ALCALA-RUIZ

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00003-JWS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAFAEL ALCALA-RUIZ and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense): REENTRY OF REMOVED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a)

Ida Romack
Name of Issuing Officer

by *Pamela R. Richter*   Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

January 19, 2006, at Anchorage, Alaska
Date and Location

by  Magistrate Judge John D. Roberts

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ACC-E |

| DATE RECEIVED 1/19/06 | NAME AND TITLE OF ARRESTING OFFICER John Olson USM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/19/06 | | |