Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL ALCALA-RUIZ,<br><br>Defendant. | NO. A06-0003 CR (JWS)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

The defendant, RAFAEL ALCALA-RUIZ, through counsel, hereby gives notice of his intent to change his plea to the indictment.  The defense requests a hearing at the earliest opportunity.  There is no plea agreement.

DATED at Anchorage, Alaska this 13th day of February 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on February 13, 2006,
a copy of the *Notice of Intent to Change
Plea* was served electronically on:

Thomas Bradley
Todd Mikolop
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter