MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *RAFAEL ALCALA-RUIZ*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:06-cr-00003 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  February 22, 2006

    The sentencing hearing in this case presently set for April 5, 2006, at 9:00 a.m. is **VACATED** and **RESET** for **8:00 a.m.** on **April 3, 2006.**