Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL ALCALA-RUIZ,<br><br>Defendant. | NO. 3:06-CR-0003-JWS<br><br>**SENTENCING MEMORANDUM OF THE DEFENSE** |

The defendant, RAFAEL ALCALA-RUIZ, through counsel, presents this memorandum for the court in aid of sentencing set for April 3, 2006, at 10:00 a.m.

Rafael Alcala-Ruiz is a hard-working, undocumented young man from Mexico.  He is 29 years old and single.  He has ten siblings and elderly parents in Mexico who are ill.  He has come to work in the United States twice and been deported before.  His jobs have included packing pizzas, janitorial work and drywall.  He was doing sheet-rocking at the time of his arrest.  He only completed the ninth grade and began full-time work at the age of 16.  Mr. Alcala-Ruiz does not smoke, drink or use drugs. He has used identification not his own.  He has no felony convictions at this time.

Mr. Alcala-Ruiz has two brothers in Alaska. One is an American citizen and another has completed paperwork for legal residence. His brothers assisted Mr. Alcala-Ruiz fill out papers for legal residence, but he was deported before the hearing. Therefore, the hearing was cancelled and the petition dismissed.

The defense has no dispute with the presentence report. Mr. Alcala-Ruiz is in Criminal History Category **II**. His offense level is **6**. His guideline range is **1 - 7 months**. Mr. Alcala-Ruiz has been in custody since January 10, 2006, and thus will have served almost two months by the time of sentencing.

The defense believes a sentence of "time served" is appropriate. It is within the guideline range and accords with the objectives of 18 U.S.C. § 3553(a). The Department of Immigration and Customs Enforcement has placed a detainer upon Mr. Alcala-Ruiz, and he will be deported soon after release on this case. Sanctions for re-entry in the future will be much more severe after this felony conviction.

Mr. Alcala-Ruiz is a worker caught up in an unjust and unwieldy global economic system. This system involves underdeveloped countries with no employment and rich countries with many jobs too dirty, difficult and unremunerative for its citizens. (Sheet-rocking, Mr. Alcala-Ruiz's work, has been estimated to employ illegal aliens for almost 20% of its U.S. work force.) Mr. Alcala-Ruiz will be severely penalized in the future by deportation, felony prosecution for re-entry and by diminished employment prospects. "Time served" is ample sanction here.

DATED at Anchorage, Alaska this 29th day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on March 29, 2006,
a copy of the ***Sentencing Memorandum of the Defense*** was served electronically on:

Todd Mikolop
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter